UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Civil No. 13cv0366-AJB(BGS) |
| Plaintiff, | ) JUDGMENT OF FORFEITURE |
| v. | ) |
| $34,000.00 IN U.S. CURRENCY, | ) |
| Defendant. | ) |

Having reviewed the Joint Motion For Settlement re: Defendant Currency, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

The Joint Motion is approved;

1.  $19,000.00 (nineteen thousand dollars) in U.S. currency of the defendant $34,000.00 IN U.S. CURRENCY("$34,000 in currency") shall be returned to claimant Bo Vorachack, through his attorney, Brian E. Watkins.

2.  The remainder of the defendant $34,000 in currency, consisting of $15,000.00 (fifteen thousand dollars) in U.S. currency, shall be condemned and forfeited to the United States.

3. Any costs incurred by the United States incident to the seizure, custody, and forfeiture of the defendant $34,000 in currency shall be borne by the United States.

4. Claimant Bo Vorachack has agreed that by entering into this stipulation, he has not "substantially prevailed" within the meaning of Title 28, United States Code, Section 2465.

5. The person or persons who made the seizure or the prosecutor shall not be liable to suit or judgment on account of such seizure in accordance with Title 28, United States Code, Section 2465.

6. Claimant Bo Vorachack has warranted and represented as a material fact that he is the sole owner of the defendant $34,000 in currency and further warranted that no other person or entity has any right, claim or interest in the defendant currency, and that he will defend and indemnify the United States against any and all claims made against it on account of the seizure and forfeiture of the defendant $34,000 in currency.

7. The terms of this settlement do not affect the tax obligations, fines, penalties, or any other monetary obligations claimant Bo Vorachack may owe to the United States.

8. The parties to this settlement have agreed that each will bear their own attorney's fees and costs.

9. Claimant Bo Vorachack, his agents, employees, or assigns, shall hold and save harmless the United States of America, its agents and employees, from any and all claims

1  which might result from the seizure of the defendant $34,000
2  in currency.
3     10. This case is hereby ordered closed.  Let judgment
4  be entered accordingly.
5     IT IS SO ORDERED.
6
7  DATED:  June 4, 2013
8                              _____
                               Hon. Anthony J. Battaglia
9                              U.S. District Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28